1132

No. 95–7256. Arce v. Good et al. C. A. 3d Cir. Certiorari denied.

No. 95–7259. Videa v. United States. C. A. 5th Cir. Certiorari denied.

No. 95–7261. Walcott v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–7264. Little v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–7265. Clemmons v. Stotts et al. (two judgments). C. A. 10th Cir. Certiorari denied.

No. 95–7266. Miller v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–7267. Carter v. United States. C. A. 5th Cir. Certiorari denied.

No. 95–7268. Brown v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–7269. Brockway v. East Central Mental Health Services, Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 95–7271. Gallego-Sanchez v. Immigration and Naturalization Service. C. A. 1st Cir. Certiorari denied.

No. 95–7274. Browning-Taylor v. Office of Personnel Management. C. A. Fed. Cir. Certiorari denied.

No. 95–7276. Watson v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–7277. Burrus v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–7278. Sutton v. DeTella, Warden. C. A. 7th Cir. Certiorari denied.

No. 95–7281. O'Neal v. McAninch, Warden. C. A. 6th Cir. Certiorari denied.